**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JESSICA KASMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITAX CHILD SAFETY, INC.,<br><br>Defendant. | Case No. 1:26-cv-10932 |

**AGREED MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD**

BRITAX CHILD SAFETY, INC. ("Defendant"), by and through its attorneys, respectfully requests this Court grant an extension of the deadline to answer or otherwise plead and, in support, states as follows:

1. The undersigned counsel was just retained in this matter today, October 2, 2026.

2. In light of the undersigned's recent appearance as counsel, Defendant respectfully requests an opportunity to answer or otherwise plead to Plaintiff's complaint and a sixty (60) day extension of the October 2, 2026 deadline, up to and including December 1, 2026.

3. The parties further agree that, if Defendant files a motion in response to the Complaint by the extended deadline, Plaintiff shall receive a thirty (30) day extension of the otherwise applicable deadline to file its opposition or other response to that motion, with Defendant's reply deadline to be calculated from the extended opposition deadline in accordance with the applicable rules.

4. Defendant's counsel contacted Plaintiff's counsel, and they consent to the request.

5. This request is made in good faith and without any intent of delaying the matter. This is Defendant's first request for an extension of time to answer or otherwise plead to Plaintiff's complaint.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court grant its request for extension of time to answer or otherwise plead as well as for any other relief as this Court deems just and proper.

Dated: October 2, 2026

Respectfully submitted,

BRITAX CHILD SAFETY, INC.

By: /s/ Joseph C. Wylie
One of Its Attorneys

Joseph C. Wylie II
Molly G. Baldock
K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8108
joseph.wylie@klgates.com
molly.baldock@klgates.com